# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1045

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Arkansas. |
| Jimmie Lee Gray, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: January 26, 2006
Filed: February 1, 2006

_____

Before ARNOLD, BYE, and SMITH, Circuit Judges.

_____

PER CURIAM.

Jimmie Lee Gray appeals the sentence the district court[1] imposed after he pleaded guilty to a drug charge. Mr. Gray argues under <u>United States v. Booker</u>, 125 S. Ct. 738 (2005), that the district court's finding on the contested drug quantity increased his sentence in violation of the Sixth Amendment.

Because the district court in sentencing Mr. Gray did not view the Guidelines as mandatory, there was no <u>Booker</u> error. See <u>Booker</u>, 125 S. Ct. at 750-52, 756-57,

---

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

764 (Sixth Amendment problem resulting from mandatory nature of Guidelines remedied by making Guidelines advisory). To the extent Mr. Gray's argument can be construed as a challenge to the reasonableness of his sentence, see id. at 765-66 (appellate court reviews sentence for unreasonableness), we reject this challenge. The record does not indicate that the district court failed to consider a relevant sentencing factor, or considered an improper or irrelevant factor, or made a clear error of judgment in weighing the factors listed in 18 U.S.C. § 3553(a). See United States v. Long Soldier, 431 F.3d 1120, ___(8th Cir. 2005); United States v. Haack, 403 F.3d 997, 1002-04 (8th Cir.), cert. denied, 126 S. Ct. 276 (2005). Given all the information before the district court, including the arguments of Mr. Gray's counsel at sentencing, we conclude that the court considered appropriate sentencing factors and that the sentence was not unreasonable. Accordingly, we affirm.

_____